**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Richard Grassi,** | : |
| | : |
| | : |
| | : **Civil Action No.: 3:14-cv-01389-WWE** |
| | : |
| **Plaintiff,** | : |
| **v.** | : |
| | : |
| **CIR, Law Offices; and DOES 1-10,** | : |
| **inclusive,** | : |
| | : |
| **Defendant.** | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

     Richard Grassi ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: November 18, 2014**

                        **Respectfully submitted,**

                        **PLAINTIFF, Richard Grassi**

                        <u>**/s/ Sergei Lemberg**</u>

                        **Sergei Lemberg, Esq.**
                        **LEMBERG LAW L.L.C.**
                        **1100 Summer Street, 3rd Floor**
                        **Stamford, CT 06905**
                        **Telephone: (203) 653-2250**
                        **Facsimile: (203) 653-3424**
                        **slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  /s/ Sergei Lemberg

Sergei Lemberg